UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**JAKHEL BROWN**                              **CASE NO.  2:22-CV-03854**

**VERSUS**                                    **JUDGE JAMES D. CAIN, JR.**

**ALEXANDER BIHM ET AL**                      **MAGISTRATE JUDGE KAY**

**JUDGMENT**

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss for Failure to Serve Pursuant to FRCP Rule (4)(m) (Doc.23) is **GRANTED** in part and **DENIED** it in part. The Motion is granted to the extent that Defendant Anthony Allemand is DISMISSED without prejudice; otherwise, the Motion is **DENIED.**

**THUS DONE AND SIGNED** in Chambers on this 24th day of October, 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE